Chisholm & Erwin, for defendant.

## HITCH et al. vs. FRASIER.

DISPOSSESSORY WARRANT, FROM CAMDEN. Landlord and Tenant. Pleadings (Before Judge Mershon.)

Blandford, J.—The affidavit made in this case for the purpose of dispossessing a tenant holding over after the expiration of his term was in strict accordance with section 4077 of the Code; there were no patent defects in it, and the dismissal on the ground of patent defects apparent on the face of the paper, was error.

Judgment reversed.

S. R. Atkinson; King & Spalding; Pat Calhoun, for plaintiffs in error.

Smith & Borchardt; F. H. Harris, for defendant.